## SCHACKMAN ET AL. v. CALIFORNIA.

No. 995. Decided June 12, 1967.

*Burton Marks* for appellants.

*Roger Arnebergh* and *Philip E. Grey* for appellee.

PER CURIAM.

The judgments of the Superior Court of California, County of Los Angeles, are reversed. *Redrup* v. *New York,* 386 U. S. 767.

THE CHIEF JUSTICE, MR. JUSTICE CLARK, and MR. JUSTICE BRENNAN would affirm the judgments of the lower court. *Ginzburg* v. *United States,* 383 U. S. 463.

MR. JUSTICE HARLAN adheres to the views expressed in his separate opinions in *Roth* v. *United States,* 354 U. S. 476, 496, and *Memoirs* v. *Massachusetts,* 383 U. S. 413, 455, and on the basis of the reasoning set forth therein would affirm.